UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| RYAN A. DAVIS,<br><br>Plaintiff,<br><br>vs.<br><br>HARTFORD LIFE & ACCIDENT INSURANCE COMPANY, and AETNA LIFE INSURANCE COMPANY,<br><br>Defendants. | Case No. 3:25-cv-05125-TMC<br><br>ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT |

Plaintiff Ryan A. Davis and Defendants Hartford Life & Accident Insurance Company ("Hartford") and Aetna Life Insurance Company ("Aetna") have filed their Stipulated Motion for Extension of Time to Respond to Complaint, allowing up through and including April 15, 2025, for Hartford and Aetna to answer, present defenses, or otherwise respond to Plaintiff's Complaint.

IT IS HEREBY ORDERED that Hartford and Aetna shall file their responsive pleadings no later than April 15, 2025.

DATED this 12th day of March, 2025.

_____
Tiffany M. Cartwright
United States District Judge

ORDER GRANTING STIPULATED
MOTION FOR EXTENSION OF TIME TO
RESPOND TO PLAINTIFF'S COMPLAINT -
1