UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RYAN A. DAVIS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>HARTFORD LIFE & ACCIDENT INSURANCE COMPANY, and AETNA LIFE INSURANCE COMPANY,<br><br>　　　　Defendants. | Case No. 3:25-cv-05125-TMC<br><br>ORDER GRANTING SECOND STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT |

　　Plaintiff Ryan A. Davis and Defendants Hartford Life & Accident Insurance Company ("Hartford") and Aetna Life Insurance Company ("Aetna") have filed their Second Stipulated Motion for Extension of Time to Respond to Complaint, allowing up through and including May 15, 2025, for Hartford and Aetna to answer, present defenses, or otherwise respond to Plaintiff's Complaint.

　　IT IS HEREBY ORDERED that Hartford and Aetna shall file their responsive pleadings no later than May 15, 2025.

Dated this 14th day of April, 2025.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Tiffany M. Cartwright
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge